Lance G. Rucker et al., Appellants, v. Clay Andress et al., Defendants, and Gordon L. Hummel et al., Respondents. (Appeal No. 1.) — Appeal unanimously dismissed as academic. (See *Matter of Saxton* v. *Hose,* 9 A D 2d 778; *Graffeo* v. *Graffeo,* 7 A D 2d 741; 10 Carmody-Wait 2d, New York Practice, § 70:80). (Appeal from order of Erie Special Term granting motion for summary judgment.) Present — Del Vecchio, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.